IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-229-JLK**

**MALISA THAMMARATH,**

    Plaintiff,

v.

**NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,**

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

Kane, J.

Pursuant to the Stipulation of Dismissal (doc. #9), filed May 27, 2008, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

Dated this 27th day of May, 2008.

                                    BY THE COURT:

                                    *S/John L. Kane*
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT